[No. 34788-8-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06395-1, Deborah Fleck, J., entered May
23, 1994. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Grosse and Cox, JJ.

[No. 34798-5-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
SHURI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-01969-6, Jack A. Richey, J., entered June
13, 1994. *Remanded* by unpublished per curiam opinion.

[No. 34868-0-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN M.
EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-07363-3, Marilyn R. Sellers, J., entered
May 16, 1994. *Remanded* by unpublished per curiam
opinion.

[No. 34943-1-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK
SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01871-6, James A. Noe, J., entered July
18, 1994. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Grosse and Cox, JJ.